UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEVIN K. ARNOLD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-6090** |
| **OCHSNER CLINIC FOUNDATION HOSPITAL, ET AL.** | **SECTION "C" (3)** |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiff's objection thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE for lack of subject-matter jurisdiction.

New Orleans, Louisiana, this 13th day November, 2013.

_____
UNITED STATES DISTRICT JUDGE